■ Gary R. Hill, as Administrator of the Estate of Carol A. Hill, Deceased, Appellant, v State of New York, Respondent. (Claim No. 60967.) — Judgment unanimously modified, on the law and facts, by increasing the award to claimant to the sum of $305,503, in accordance with the same memorandum as in *Protzman v State of New York* (91 AD2d 853), and, as modified, affirmed, with costs to claimant. (Appeal from judgment of Court of

Claims, Moriarty, J. — wrongful death — damages.) Present — Dillon, P. J., Doerr, Denman, Moule and Schnepp, JJ.